JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA J CORRALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>NISSAN NORTH AMERICA, INC.; CUMMINGS AUTOMOTIVE GROUP, LLC dba NISSAN OF SAN BERNARDINO; and DOES 1 through 50, inclusive<br><br>    Defendants. | Case No.: 5:21-cv-01951-SVW-SP<br><br>[Assigned to the Hon. Stephen V. Wilson]<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION**<br><br>Note Changes made by Court |

- 1 -

[PROPOSED] ORDER STIPULATION FOR DISMISSAL OF ACTION

Upon review of the Stipulation for Dismissal of Action and finding the relief requested appropriate, IT IS ORDERED that the above-referenced action is dismissed in its entirety, with prejudice ~~and that this court shall retain jurisdiction to enforce the terms of the settlement agreement reached in this action.~~

IT IS SO ORDERED.

DATE: April 11, 2022

_____
Hon. Stephen V. Wilson